# United States District Court

Eastern District of California
501 'T' Street, 14ᵗʰ Floor
Sacramento, California 95814
(916) 930-4090

Chambers of
David F. Levi
Chief Judge

August 4, 2004

Honorable Mary M. Lisi
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2003 Filing – Judge David F. Levi

Dear Judge Lisi:

This letter is in response to your letter dated July 15, 2004.

The following is in response to the numbered paragraphs on the second and third pages of your letter pertaining to Part VII:

**Numbered Paragraph 1)**   Each asset, "Bank One Corp Common" and "Gilead Sciences - Common", was acquired by inheritance.   For "Bank One Corp Common", there should be a line inserted on page 1 between lines 11 and 12 as follows:

| Page | Between Lines | D(1) Type | D(2) Date | D(3) Value |
|------|------|------|------|------|
| 1 | 11 & 12 | Inherited | 03/13 | J |

For "Gilead Sciences - Common", line 34 should be amended as follows:

| Page | Line | D(1) Type | D(2) Date | D(3) Value |
|------|------|------|------|------|
| 2 | 34 | Inherited | 03/13 | K |

In addition, a parenthetical "(X)" should be added to each asset to read "Bank One Corp Common (X)" and "Gilead Sciences - Common (X)"

**Numbered Paragraph 2)**   This is to confirm that "Elberfeld - JH Castle" listed in part VII on page 20, line 344, should be amended to read "Elberfeld - JH Castle Sch Bldg Corp Ind", as it was listed in the 2002 report in part VII on page 16, line 272.

**Numbered Paragraph 3)**   The following are the requested corrections to columns B(1) and B(2) for "Wisconsin Real Estate":

| Page | Line | B(1) Income Amount Code | B(2) Income Type |
|------|------|-------------------------|------------------|
| 23   | 400  | Blank                   | "NONE"           |
| 23   | 402  | Blank                   | "NONE"           |

**Numbered Paragraph 4)**   Each asset was acquired during the year and sold off in increments until fully disposed.  Column D(1), "Type" for each asset is reflected correctly.

| Page | Line | C(1) Value Code 2 | C(2) Value Method 3 |
|------|------|-------------------|---------------------|
| 2    | 21   | Blank             | Blank               |
| 20   | 355  | Blank             | Blank               |

I hope that I have adequately responded to your inquiry.  Thank you.

Sincerely,



| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>LEVI, DAVID F | 2. Court or Organization<br>UNITED STATES DISTRICT COURT | 3. Date of Report<br>– 5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>UNITED STATES DISTRICT JUDGE | 5. ReportType (check appropriate type)<br>◯ Nomination, Date<br>◯ Initial ◉ Annual ◯ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>U.S. COURT HOUSE<br>501 I STREET<br>SACRAMENTO, CALIFORNIA 95814 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only: see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | ██████TRUST #1 |
| 2. | CUSTODIAN | CUSTODIAN ACCOUNT #1 |
| 3. | CUSTODIAN | CUSTODIAN ACCOUNT #2 |
| 4. | TRUSTEE | ██████ TRUST #2 |
| 5. | TRUSTEE | ██████TRUST #3 |
| 6. | TRUSTEE | ██████TRUST #4 |
| 7. | TRUSTEE | ██████ TRUST #5 |
| 8. | TRUSTEE | ██████TRUST #6 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED MAY 14 12 41 PM '04 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 06/2003 | CA FRANCHISE TAX BOARD, INTEREST | 1,704 |
| 2. | 01/2003 | JAMES PUBLISHING CO., ROYALTY | 1,470 |
| 3. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | 2003 FEDERAL BUREAU OF INVESTIGATION | REIMBURSEMENT FOR TRAVEL, CLEVELAND, OH 06/02/03 - 06/05/03 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.) –

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ABBOTT LABS - COMMON | B | Dividend | M | T | Partial Sale | 03/24 | K | E | |
| 2. AIR PRODUCTS & CHEMICALS INC (X) | A | Dividend | J | T | Inherited | 03/13 | J | | |
| 3. AIR PRODUCTS & CHEMICALS INC (X) | | None | | | Buy | 07/24 | J | | |
| 4. AIR PRODUCTS & CHEMICALS INC (X) | | None | | | Buy | 09/08 | J | | |
| 5. AMERICAN INT'L GROUP - COMMON (2003) DL NEW | A | Dividend | K | T | Inherited | 03/13 | J | | |
| 6. AMERICAN INT'L GROUP - COMMON (X) | | None | | | Buy | 05/30 | J | | |
| 7. AMERICAN INT'L GROUP - COMMON (X) | | None | | | Buy | 06/30 | J | | |
| 8. APACHE CORP COMMON (X) | A | Dividend | L | T | Buy | 06/05 | J | | |
| 9. APACHE CORP COMMON (X) | | None | | | Buy | 09/08 | L | | |
| 10. BP AMOCO PLC ADR - COMMON | D | Dividend | M | T | | | | | |
| 11. ALEXANDRIA REAL EST EQUITIES - COMMON | D | Dividend | M | T | | | | | |
| 12. BANK ONE CORP - COMMON | A | Dividend | | | Partial Sale | 08/15 | J | | |
| 13. BANK ONE CORP - COMMON | | None | | | Sold | 09/08 | J | A | |
| 14. BRISTOL MYERS SQUIBB CO - COMMON (X) | A | Dividend | J | T | Inherited | 03/13 | J | | |
| 15. CAREMARK RX INC. | | None | K | T | | | | | |
| 16. CISCO SYSTEMS INC (X) | | None | K | T | Inherited | 03/13 | K | | |
| 17. CITIGROUP INC - COMMON (X) | A | Dividend | K | T | Inherited | 03/13 | K | | |
| 18. CITIGROUP INC - COMMON (X) | | None | | | Buy | 05/30 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. COCA COLA CO. - COMMON | B | Dividend | M | T | | | | | |
| 20. C H ROBINSON WORLDWIDE - COMMON | B | Dividend | M | T | | | | | |
| 21. DEAN FOODS CO - COMMON (CONV FROM SUIZA CAPITAL TRUST) (X) | – – | None | M | T | Converted | 04/15 | L | | |
| 22. DEAN FOODS CO - COMMON (CONV FROM SUIZA CAPITAL TRUST) (X) | | None | | | Partial Sale | 04/17 | J | A | |
| 23. DEAN FOODS CO - COMMON (CONV FROM SUIZA CAPITAL TRUST) (X) | | None | | | Partial Sale | 05/22 | J | | |
| 24. DEAN FOODS CO - COMMON (CONV FROM SUIZA CAPITAL TRUST) (X) | | None | | | Partial Sale | 06/10 | J | A | |
| 25. DEAN FOODS CO - COMMON (CONV FROM SUIZA CAPITAL TRUST) (X) | | None | | | Sold | 06/23 | J | A | |
| 26. E M C CORP (X) | | None | J | T | Inherited | 03/13 | J | | |
| 27. ERICSSON, L M. TELEFON ADR CLASS B (X) | | None | J | T | Inherited | 03/13 | J | | |
| 28. EXXON MOBIL CO - COMMON (X) | A | Dividend | | | Inherited | 03/13 | J | | |
| 29. EXXON MOBIL CO - COMMON (X) | | None | | | Partial Sale | 07/31 | J | | |
| 30. EXXON MOBIL CO - COMMON (X) | | None | | | Sold | 11/14 | J | | |
| 31. GENERAL DYNAMICS CORP COMMON (X) | B | Dividend | M | T | Buy | 03/24 | K | | |
| 32. GENERAL DYNAMICS CORP COMMON (X) | | None | | | Buy | 06/05 | K | | |
| 33. GENERAL ELECTRIC CO - COMMON (2003) DL | C | Dividend | N | T | Inherited | 03/13 | N | | |
| 34. GILEAD SCIENCES INC - COMMON | | None | K | T | | | | | |
| 35. H&R BLOCK INC - COMMON | C | Dividend | M | T | | | | | |
| 36. MAXIM INTEGRATED PROD | A | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. DEVRY INC. DEL. - COMMON | | None | L | T | | | | | |
| 38. ELI LILLY & CO - COMMON (X) | A | Dividend | J | T | Inherited | 03/13 | J | | |
| 39. ELI LILLY & CO - COMMON (X) | — | None | | | Buy | 06/30 | J | | |
| 40. FANNIE MAE - COMMON (X) | A | Dividend | K | T | Inherited | 03/13 | J | | |
| 41. FANNIE MAE - COMMON (X) | | None | | | Buy | 05/30 | J | | |
| 42. FANNIE MAE - COMMON (X) | | None | | | Buy | 06/09 | J | | |
| 43. FANNIE MAE - COMMON (X) | | None | | | Buy | 09/08 | K | | |
| 44. FEDERAL HOME LOAN BANKS CONS BONDS | D | Interest | M | T | | | | | |
| 45. FEDERAL NATL MTG ASSN BONDS | D | Interest | M | T | | | | | |
| 46. FIRST DATA CORP - COMMON | A | Dividend | M | T | Buy | 06/05 | K | | |
| 47. FIRST DATA CORP - COMMON | | None | | | Buy | 09/08 | L | | |
| 48. ILLINOIS TOOL WORKS INC - COMMON (X) | A | Dividend | K | T | Inherited | 03/13 | K | | |
| 49. JOHNSON & JOHNSON COMMON (X) | A | Dividend | L | T | Buy | 03/24 | K | | |
| 50. JOHNSON & JOHNSON COMMON (X) | A | Dividend | J | T | Inherited | 03/13 | J | | |
| 51. JP MORGAN CHASE & CO - COMMON (X) | A | Dividend | K | T | Inherited | 03/13 | J | | |
| 52. JP MORGAN CHASE & CO - COMMON (X) | | None | | | Buy | 05/30 | J | | |
| 53. JP MORGAN CHASE & CO - COMMON (X) | | None | | | Buy | 06/30 | J | | |
| 54. KINDER MORGA LLC (X) | | None | L | T | Buy | 03/24 | K | | N |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | LEVI, DAVID F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | KOHL'S CORP - COMMON (X) | | None | J | T | Buy | 05/30 | J | | |
| 56. | KOHL'S CORP - COMMON (X) | | None | | | Buy | 06/30 | J | | |
| 57. | KOHL'S CORP - COMMON (X) | | None | | | Buy | 06/30 | J | | |
| 58. | LASALLE BANK N.A. (X) | A | Interest | J | T | Inherited | 03/13 | J | | |
| 59. | MERCK & COMPANY - COMMON | D | Dividend | M | T | | | | | |
| 60. | MERCK & COMPANY - COMMON | A | Dividend | J | T | Inherited | 03/13 | J | | |
| 61. | MERCK & COMPANY - COMMON | | None | | | Buy | 06/11 | J | | |
| 62. | MERCK & COMPANY - COMMON | | None | | | Buy | 07/24 | J | | |
| 63. | MERCK & COMPANY - COMMON | | None | | | Buy | 09/08 | J | | |
| 64. | MEDCO HLTH SOL - COMMON (SPINOFF FROM MERCK) (X) | | None | | | Partial Sale | 09/08 | J | A | |
| 65. | MEDCO HLTH SOL - COMMON (SPINOFF FROM MERCK) (X) | | None | | | Partial Sale | 08/26 | J | A | |
| 66. | MEDCO HLTH SOL - COMMON (SPINOFF FROM MERCK) (X) | | None | | | Sold | 08/28 | J | | |
| 67. | MEDTRONIC INC - COMMON (X) | A | Dividend | J | T | Inherited | 03/13 | J | | |
| 68. | MELLON FINANCIAL CORP - COMMON (X) | A | Dividend | K | T | Inherited | 03/13 | J | | |
| 69. | MELLON FINANCIAL CORP - COMMON (X) | | None | | | Buy | 06/11 | J | | |
| 70. | MICROSOFT CORP - COMMON (X) | A | Dividend | K | T | Inherited | 03/13 | K | | |
| 71. | NAVIGANT CONSULTING INC - COMMON | | None | | | Partial Sale | 05/16 | J | D | |
| 72. | NAVIGANT CONSULTING INC - COMMON | | None | | | Partial Sale | 05/19 | K | D | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | LEVI, DAVID F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. NAVIGANT CONSULTING INC - COMMON | | None | | -- | Partial Sale | 05/21 | K | D | |
| 74. NAVIGANT CONSULTING INC - COMMON | | None | | | Sold | 05/21 | J | D | |
| 75. OMNICOM GROUP - COMMON (X) | A | Dividend | K | T | Inherited | 03/13 | J | | |
| 76. PEPSICO INC - COMMON (X) | A | Dividend | J | T | Inherited | 03/13 | J | | |
| 77. PFIZER INC - COMMON (X) | A | Dividend | K | T | Inherited | 03/13 | J | | |
| 78. PFIZER INC - COMMON (X) | | None | | | Buy | 06/11 | J | | |
| 79. PFIZER INC - COMMON (X) | | None | | | Buy | 06/30 | J | | |
| 80. PFIZER INC - COMMON (X) | | None | | | Buy | 07/24 | J | | |
| 81. PFIZER INC - COMMON (X) | | None | | | Buy | 11/14 | J | | |
| 82. PNC BANK CORP COMMON (X) | B | Dividend | K | T | Buy | 03/24 | K | | |
| 83. PUBLIC STORAGE INC (X) | B | Dividend | K | T | Buy | 03/26 | K | | |
| 84. QUEST DIAGNOSTICS INC (X) | | None | L | T | Buy | 06/05 | K | | |
| 85. S P X CORP (X) | | None | K | T | Inherited | 03/13 | K | | |
| 86. SUIZA CAPITAL TRUST II TR CONV PFD (CONVERTED TO DEAN FOODS) | C | Dividend | | | Converted | 04/15 | | | |
| 87. HT INSIGHT FUNDS INC | A | Dividend | M | T | | | | | |
| 88. MOLEX INC. - COMMON (X) | A | Dividend | J | T | Inherited | 03/13 | J | | |
| 89. MOLEX INC. - COMMON (X) | | None | | | Buy | 06/11 | J | | |
| 90. TIAA-CREF (ONE TIME PAYOUT - NO ASSET VALUE) (X) | D | Distribution | J | T | Inherited | 03/13 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 91. TIAA-CREF (ONE TIME PAYOUT - NO ASSET VALUE) (X) | E | Distribution | J | T | Inherited | 03/13 | J | | |
| 92. TIAA-CREF (ONE TIME PAYOUT - NO ASSET VALUE) (X) | D | Distribution | J | T | Inherited | 03/13 | J | | |
| 93. TIME WARNER INC (X) | | None | J | T | Inherited | 03/13 | J | | |
| 94. TIME WARNER INC (X) | | None | | | Buy | 06/30 | J | | |
| 95. TYCO INTL LTD COMMON (X) | A | Dividend | M | T | Buy | 09/08 | M | | |
| 96. UNITED TECHNOLOGIES CORP - COMMON (X) | A | Dividend | K | T | Buy | 07/29 | J | | |
| 97. UNITED TECHNOLOGIES CORP - COMMON (X) | | None | | | Buy | 08/15 | J | | |
| 98. VIACOM INC CLASS B (X) | A | Dividend | K | T | Inherited | 03/13 | K | | |
| 99. VIACOM INC CLASS B (X) | | None | | | Buy | 7/24 | J | | |
| 100. VIACOM INC CLASS B (X) | | None | | | Buy | 12/17 | J | | |
| 101. VISHAY INTERTECHNOLOGY (X) | | None | K | T | Inherited | 03/13 | J | | |
| 102. VISHAY INTERTECHNOLOGY (X) | | None | | | Buy | 03/14 | J | | |
| 103. VISHAY INTERTECHNOLOGY (X) | | None | | | Buy | 05/30 | J | | |
| 104. VISHAY INTERTECHNOLOGY (X) | | None | | | Buy | 07/24 | J | | |
| 105. VODAFONE GROUP PLC UK (X) | A | Dividend | K | T | Inherited | 03/13 | K | | |
| 106. VODAFONE GROUP PLC UK (X) | | None | | | Buy | 06/30 | J | | |
| 107. WACHOVIA PFD FDG CORP (X) | D | Dividend | M | T | Buy | 03/24 | L | | |
| 108. WACHOVIA PFD FDG CORP (X) | | None | | | Buy | 06/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. WALGREEN CO - COMMON (X) | A | Dividend | J | T | Inherited | 03/13 | J | | |
| 110. WILLIS GROUP HLDG INC DL (X) | | None | M | T | Buy | 11/19 | L | | |
| 111. ZIONS CAP TR B CAP SECS (X) | C | Dividend | L | T | Buy | 03/24 | J | | |
| 112. ZIONS CAP TR B CAP SECS (X) | | None | | | Buy | 03/25 | K | | |
| 113. AFFILIATED COMP. SVCS. - COMMON | | None | M | T | | | | | |
| 114. AUTOZONE, INC. - COMMON | | None | | | Partial Sale | 04/25 | K | | |
| 115. AUTOZONE, INC. - COMMON | | None | | | Partial Sale | 12/19 | K | B | |
| 116. AUTOZONE, INC. - COMMON | | None | | | Sold | 12/19 | L | D | |
| 117. CARDINAL HEALTH - COMMON | A | Dividend | | | Buy | 06/05 | L | | |
| 118. CARDINAL HEALTH - COMMON | | None | | | Partial Sale | 11/24 | K | | |
| 119. CARDINAL HEALTH - COMMON | | None | | | Sold | 11/24 | L | B | |
| 120. INTEL CORP. - COMMON | | None | L | T | Buy | 12/19 | L | | |
| 121. INTEL CORP. - COMMON (X) | A | Dividend | K | T | Inherited | 03/13 | K | | |
| 122. INTEL CORP. - COMMON (X) | | None | | | Buy | 06/11 | J | | |
| 123. INTERNATIONAL BUS. MACH. - COMMON | B | Dividend | M | T | Partial Sale | 11/19 | L | D | |
| 124. INTERNATIONAL BUS. MACH. - COMMON | A | Dividend | K | T | Buy | 05/30 | J | | |
| 125. INTERNATIONAL BUS. MACH. - COMMON | | None | | | Buy | 06/11 | J | | |
| 126. INTERNATIONAL BUS. MACH. - COMMON | | None | | | Buy | 06/30 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. LINCARE HLDGS. INC. - COMMON | | None | L | T | | | | | |
| 128. MARSH & MCLENNAN - COMMON | B | Dividend | | | Buy | 06/05 | K | | |
| 129. MARSH & MCLENNAN - COMMON | - -- | | | | Partial Sale | 10/31 | J | | |
| 130. MARSH & MCLENNAN - COMMON | | None · | | | Sold | 10/31 | L | | |
| 131. MCKESSON, INC. - COMMON | A | Dividend | M | T | | | | | |
| 132. METLIFE, INC. - COMMON | A | Dividend | M | T | Partial Sale | 06/23 | K | | |
| 133. MICROSOFT CORP - COMMON | | None | J | T | | | | | |
| 134. PEPSICO, INC. - COMMON | A | Dividend | | | | | | | |
| 135. STERIS CORPORATION (X) | | None | M | T | Buy | 07/25 | L | | |
| 136. WALT DISNEY CO. - COMMON | | None | K | T | | | | | |
| 137. ALLENTON WI SAN DIST 1 WTRWKS | D | Interest | N | T | | | | | |
| 138. MARICOPA CNTY AZ BOND | D | Interest | M | T | Part Redempt | 07/01 | J | | |
| 139. NEW MEXICO STATE SEVERENCE TAX BOND | D | Interest | | | Redemption | 07/01 | N | | |
| 140. DE KALB CNTY IL UNIT SCH DIST 424 | | None | M | T | | | | | |
| 141. WELLS FARGO BANK - IRA ACCOUNT CASH EQUIVALENT | B | Interest | K | T | | | | | |
| 142. U.S. TREASURY NOTES | D | Interest | | | Redemption | 03/24 | M | A | |
| 143. WELLS FARGO BANK - CHECKING SACRAMENTO | A | Interest | M | T | | | | | |
| 144. WELLS FARGO BANK - MM  SACRAMENTO | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. ██████ RANCH PARTNERSHIP, L.P. | | None | L | T | | | | | |
| 146. | | | | | | | | | |
| 147. TRUST #2 | – – – | | | | | | | | |
| 148. WISCONSIN REAL ESTATE | | None | | | Sold | 11/29 | L | F | |
| 149. | | | | | | | | | |
| 150. TRUST #1 CONSISTING OF: | | | | | | | | | |
| 151. HT INSIGHT CASH MANAGEMENT | A | Dividend | L | T | | | | | |
| 152. MONTEREY CA WSTWTR FIN BONDS | F | Interest | | | Redemption | 06/01 | M | | |
| 153. COOK CNTY ILL BOND | | None | M | T | | | | | |
| 154. CARDINAL HEALTH INC (X) | A | Dividend | . | | Buy | 06/05 | K | | |
| 155. CARDINAL HEALTH INC | | None | | | Sold | 11/24 | K | A | |
| 156. CONCORD EFS, INC. - COMMON | | None | | | Sold | 09/08 | M | D | |
| 157. COSTO WHSL CORP - COMMON (X) | | None | K | T | Buy | 06/05 | K | - | |
| 158. CUNO INC - COMMON (X) | | None | K | T | Buy | 11/19 | K | | |
| 159. FIRST DATA CORP - COMMON | A | Dividend | | | Buy | 06/05 | L | | |
| 160. FIRST DATA CORP - COMMON | | None | | | Sold | 11/19 | L | | |
| 161. FPL GROUP INC (X) | B | Dividend | M | T | Buy | 06/05 | M | | |
| 162. GENERAL DYNAMICS (X) | A | Dividend | K | T | Buy | 03/24 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. GENERAL ELECTRIC CO | B | Dividend | L | T | | | | | |
| 164. IRON MOUNTAIN INC (X) | | None | K | T | Buy | 11/19 | K | | |
| 165. MARSH & MCLENNAN (X) | A | Dividend | | | Buy | 09/08 | L | | |
| 166. MARSH & MCLENNAN | | None | | | Sold | 10/31 | K | | |
| 167. MCKESSON, INC. - COMMON | A | Dividend | M | T | | | | | |
| 168. PEPSICO, INC. - COMMON | B | Dividend | L | T | | | | | |
| 169. PNC FINANCIAL CORP (X) | A | Dividend | K | T | Buy | 06/05 | K | | |
| 170. WILLIS GROUP HLDG LTD (X) | | None | K | T | Buy | 11/19 | K | | |
| 171. WYETH - COMMON | B | Dividend | L | T | | | | | |
| 172. XILINX INC (X) | | None | K | T | Buy | 11/19 | K | | |
| 173. | | | | | | | | | |
| 174. TRUST #6 CONSISTING OF: | | | | | | | | | |
| 175. ABN-AMRO IPMM (X) | A | Interest | J | T | Inherited | 03/13 | J | | |
| 176. AFFILIATED COMP SVCS (X) | | None | J | T | Inherited | 03/13 | J | | |
| 177. ALEXANDRIA REALTY (X) | A | Dividend | K | T | Inherited | 03/13 | J | | |
| 178. AMGEN INC (X) | | None | J | T | Inherited | 03/13 | J | | |
| 179. APACHE CORP (X) | A | Dividend | J | T | Inherited | 03/13 | J | | |
| 180. C.H. ROBINSON (X) | A | Dividend | J | T | Inherited | 03/13 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. CISCO SYSTEMS INC (X) | | None | K | T | Inherited | 03/13 | J | | |
| 182. COMCAST CORP CL A (X) | | None | J | T | Inherited | 03/13 | J | | |
| 183. CUNO INC - COMMON (X) | – – | None | J | T | Inherited | 03/13 | J | | |
| 184. EQUITY RES PPTYS CONV PFD SER E (X) | A | Dividend | K | T | Inherited | 03/13 | K | | |
| 185. GENERAL DYNAMICS (X) | A | Dividend | J | T | Inherited | 03/13 | J | | |
| 186. INTEL CORP - COMMON (X) | | None | K | T | Inherited | 03/13 | K | | |
| 187. IBM - COMMON (X) | | None | K | T | Inherited | 03/13 | K | | |
| 188. IRON MOUNTAIN INC - COMMON (X) | | None | J | T | Inherited | 03/13 | J | | |
| 189. JOHNSON & JOHNSON (X) | | None | L | T | Inherited | 03/13 | L | | |
| 190. MERCK & CO INC (X) | | None | K | T | Inherited | 03/13 | K | | |
| 191. PEPSICO INC (X) | A | Dividend | J | T | Inherited | 03/13 | J | | |
| 192. STERIS CORP (X) | | None | J | T | Inherited | 03/13 | J | | |
| 193. 3M COMPANY (X) | A | Dividend | J | T | Inherited | 03/13 | J | | |
| 194. TYCO INTL INC (X) | A | Dividend | J | T | Inherited | 03/13 | J | | |
| 195. WAL-MART STORES INC (X) | A | Dividend | J | T | Inherited | 03/13 | J | | |
| 196. WILLIS GROUP HLDG LTD (X) | A | Dividend | J | T | Inherited | 03/13 | J | | |
| 197. XILINX INC (X) | | None | K | T | Inherited | 03/13 | J | | |
| 198. ZIONS CAP TR PFD SER B (X) | A | Dividend | J | T | Inherited | 03/13 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. | | | | | -- | | | | | |
| 200. | ABBOTT LABS - COMMON | C | Dividend | M | T | Partial Sale | 03/24 | K | E | |
| 201. | ALBERTO CULVER - COMMON | B -- | Dividend | M | T | | | | | |
| 202. | APACHE CORP - COMMON (X) | A | Dividend | M | T | Buy | 06/05 | L | | |
| 203. | APACHE CORP - COMMON (X) | | None | | | Buy | 09/10 | K | | |
| 204. | BP AMOCO PLC ADR - COMMON (X) | B | Dividend | L | T | | | | | |
| 205. | COLONIAL CAP TR III GTD PFD SECS | D | Dividend | L | T | | | | | |
| 206. | CAREMARK RX INC. | | None | M | T | | | | | |
| 207. | GENERAL ELECTRIC CO - COMMON | D | Dividend | M | T | Partial Sale | 06/05 | K | E | |
| 208. | JOHNSON & JOHNSON - COMMON (X) | A | Dividend | K | T | Buy | 03/24 | K | | |
| 209. | LINCARE HLDGS INC. | | None | M | T | | | | | |
| 210. | HT INSIGHT FUNDS TFMM | A | Dividend | L | T | | | | | |
| 211. | HANOVER COMPRESSOR CO CONVERTIBLE BONDS | D | Interest | M | T | | | | | |
| 212. | CLARK CNTY NEVADA EF HOSP BOND | D | Interest | N | T | | | | | |
| 213. | COOK CNTY IL BOND | | None | L | T | | | | | |
| 214. | CHESTERFIELD CNTY BOND | E | Interest | | | Redemption | 09/09 | M | | |
| 215. | FRESNO CA UNI SCH DIST BONDS SER G (X) | B | Interest | M | T | Buy | 02/04 | M | | |
| 216. | SEATTLE WA MUNI BOND | | None | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | Name of Person Reporting | | | | | | | | Date of Report |
|---|---|---|---|---|---|---|---|---|---|---|
| | | LEVI, DAVID F | | | | | | | | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 217. | ███ RANCH PARTNERSHIP | | None | K | T | | | | | |
| 218. | ███ RANCH PARTNERSHIP | | None | K | T | | | | | |
| 219. | HARRIS ACCOUNT-CHGO-IRA - CASH EQUIVALENT | A | Interest | J | T | | | | | |
| 220. | CARDINAL HEALTH INC - COMMON (X) | | None | | | Buy | 11/19 | L | | |
| 221. | CARDINAL HEALTH INC - COMMON | | None | | | Sold | 11/24 | L | A | |
| 222. | CUNO INC - COMMON (X) | | None | L | T | Buy | 11/19 | L | | |
| 223. | CUNO INC - COMMON (X) | | None | | | Buy | 12/19 | K | | |
| 224. | CVS CORP - COMMON | B | Dividend | M | T | | | | | |
| 225. | IRON MOUNTAIN INC - COMMON (X) | | None | L | T | Buy | 11/19 | L | | |
| 226. | MERCURY FINANCE LITIGATION PROCEEDS (X) | B | Distribution | | | | | | | |
| 227. | METLIFE, INC. - COMMON | A | Dividend | L | T | | | | | |
| 228. | PNC BANK CORP - COMMON (X) | B | Dividend | L | T | Buy | 03/24 | K | | |
| 229. | REGIS CORP. MINN. - COMMON | A | Dividend | M | T | | | | | |
| 230. | UNIVERSAL HLTH SVCS. - COMMON | | None | | | Sold | 02/25 | L | | |
| 231. | WYETH - COMMON | B | Dividend | L | T | | | | | |
| 232. | PUBLIC STORAGE INC. - PREFERRED | D | Dividend | L | T | | | | | |
| 233. | ZIONS CAP. TR. - PREFERRED | D | Dividend | L | T | | | | | |
| 234. | WISCONSIN REAL ESTATE | | None | | | Sold | 11/29 | L | F | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | LEVI, DAVID F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- H) | (5) Identity of buyer/seller (if private transaction) |
| 235. KINDER MORGAN LLC (X) | | None | K | T | Buy | 03/24 | K | | |
| 236. NORTHERN TRUST CORP | C | Dividend | M | T | | | | | |
| 237. ZEBRA TECHNOLOGIES | | None | N | T | | | | | |
| 238. WALT DISNEY | A | Dividend | L | T | | | | | |
| 239. QUEST DIAGNOSTICS INC | | None | L | T | Partial Sale | 11/24 | K | D | |
| 240. STERICYCLE INC | | None | M | T | Partial Sale | 04/07 | K | D | |
| 241. STERIS CORP - COMMON (X) | | None | K | T | Buy | 09/08 | K | | |
| 242. COSTCO WHSL. CORP. - COMMON | | None | L | T | | | | | |
| 243. PEPSICO - COMMON (X) | A | Dividend | L | T | Buy | 03/24 | K | | |
| 244. PEPSICO - COMMON | | None | | | Buy | 12/19 | K | | |
| 245. | | | | | | | | | |
| 246. ██████ RANCH PARTNERSHIP | | None | K | T | | | | | |
| 247. HARRIS BANK CHICAGO | A | Interest | J | T | | | | | |
| 248. WELLS FARGO SAVINGS | A | Interest | K | T | | | | | |
| 249. WELLS FARGO CHECKING | A | Interest | J | T | | | | | |
| 250. WM. BLAIR READY RESERVES | A | Dividend | K | T | | | | | |
| 251. MERCK & CO. | A | Dividend | K | T | | | | | |
| 252. CH ROBINSON | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | LEVI, DAVID F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. NORTHERN TRUST CORP. | A | Dividend | K | T | | | | | |
| 254. CARDINAL HEALTH INC (X) | A | Dividend | | | Buy | 06/05 | K | | |
| 255. CARDINAL HEALTH INC | - - _ | None | | | Sold | 11/25 | K | A | |
| 256. CONCORD EFS INC. - COMMON | | None | | | Partial Sale | 06/05 | J | B | |
| 257. CONCORD EFS INC. - COMMON | | None | | | Sold | 09/08 | J | A | |
| 258. COSTCO WHSL CORP | | None | K | T | | | | | |
| 259. CVS CORP. | A | Dividend | K | T | | | | | |
| 260. AFFILIATED COMP SVCS | | None | K | T | | | | | |
| 261. ALBERTO CULVER | A | Dividend | K | T | | | | | |
| 262. ALEXANDRIA REALTY | B | Dividend | K | T | | | | | |
| 263. AON CORP | A | Dividend | | | Sold | 03/24 | K | B | |
| 264. APACHE CORP (X) | A | Dividend | K | T | Buy | 06/05 | K | | |
| 265. APACHE CORP (X) | | None | | | Buy | 09/08 | K | | |
| 266. CAREMARK RX INC | | None | K | T | Partial Sale | 12/19 | J | C | |
| 267. CATS SERIES Y | B | Interest | K | T | Partial Sale | 06/05 | L | E | |
| 268. CHEVRONTEXACO CORP (X) | A | Dividend | K | T | Buy | 03/24 | K | | |
| 269. CUNO INC (X) | | None | K | T | Buy | 12/19 | K | | |
| 270. FIRST DATA CORP - COMMON | A | Dividend | K | T | Buy | 06/05 | J | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. FIRST DATA CORP - COMMON | | None | | -- | Buy | 09/08 | J | | |
| 272. FPL GROUP INC (X) | A | Dividend | K | T | Buy | 06/05 | K | | |
| 273. GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 274. KINDER MORGAN LLC (X) | | None | K | T | Buy | 03/21 | K | | |
| 275. KINDER MORGAN LLC (X) | | None | | | Partial Sale | 05/15 | J | A | |
| 276. KINDER MORGAN LLC (X) | | None | | | Partial Sale | 08/31 | J | A | |
| 277. KINDER MORGAN LLC (X) | | None | | | Sold | 12/10 | J | A | |
| 278. LINCARE HLDGS INC | | None | K | T | | | | | |
| 279. MCKESSON INC | A | Dividend | K | T | | | | | |
| 280. MARSH & MCLENNAN COMPANIES (X) | A | Dividend | | | Buy | 03/24 | K | | |
| 281. MARSH & MCLENNAN COMPANIES (X) | | None | | | Sold | 10/31 | K | | |
| 282. MEDCO HLTH SOL CO - COMMON (SPINOFF FROM MERCK) (X) | | None | | | Partial Sale | 08/20 | J | A | |
| 283. MEDCO HLTH SOL CO - COMMON (SPINOFF FROM MERCK) (X) | | None | | | Partial Sale | 08/21 | J | A | |
| 284. MEDCO HLTH SOL CO - COMMON (SPINOFF FROM MERCK) (X) | | None | | | Sold | 08/21 | J | A | |
| 285. PEPSICO INC | A | Dividend | K | T | | | | | |
| 286. PNC FINANCIAL CORP (X) | A | Dividend | K | T | Buy | 03/24 | K | | |
| 287. QUEST DAIGNOSTICS INC | | None | K | T | | | | | |
| 288. REGIS CORP. MINN. - COMMON | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 289. STERICYCLE INC | | None | K | T | | | | | |
| 290. STERIS CORP (X) | | None | K | T | Buy | 07/25 | K | | |
| 291. TYCO INTL LTD (X) | A – | Dividend | K | T | Buy | 09/08 | J | | |
| 292. UNIVERSAL HEALTH SVCS. - COMMON | | None | | | Sold | 02/24 | K | | |
| 293. WACHOVIA PFD SER A (X) | B | Dividend | K | T | Buy | 03/24 | K | | |
| 294. WACHOVIA PFD SER A (X) | | None | | | Buy | 06/12 | J | | |
| 295. WALT DISNEY | A | Dividend | K | T | | | | | |
| 296. WELLS FARGO & CO (X) | A | Dividend | K | T | Buy | 09/08 | K | | |
| 297. ZEBRA TECHNOLOGY | | None | K | T | Partial Sale | 06/05 | J | D | |
| 298. ZIONS CAP TR - PREFERRED | B | Interest | K | T | | | | | |
| 299. DEVRY | | None | K | T | | | | | |
| 300. IBM | A | Dividend | K | T | | | | | |
| 301. INTEL CORP | | None | K | T | Buy | 12/19 | K | | |
| 302. INTERPUBLIC GROUP | | None | J | T | | | | | |
| 303. IRON MOUNTAIN INC (X) | | None | K | T | Buy | 12/19 | K | | |
| 304. JOHNSON & JOHNSON | A | Dividend | K | T | | | | | |
| 305. ELBERFELD-JH CASTLE SCH BLDG CORP IND | C | Interest | L | T | | | | | |
| 306. FEDERAL HOME-LOAN BANK | C | Interest | | | Sold | 09/08 | K | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. MONTEREY REGIONAL WASTE WTR REV BOND | A | Interest | | -- | Sold | 06/01 | K | | |
| 308. | | | | | | | | | |
| 309. ██████ TRUST #3 | -- | | | | | | | | |
| 310. WILLIAM BLAIR READY RESERVES | A | Interest | J | T | | | | | |
| 311. WILLIAM BLAIR MUTUAL FUNDS GROWTH | | None | K | T | | | | | |
| 312. ABBOTT LABS | B | Dividend | L | T | | | | | |
| 313. BANK OF AMERICA CORP - COMMON (X) | A | Dividend | J | T | Buy | 11/17 | J | | |
| 314. CHEVRONTEXACO CORP | A | Dividend | K | T | | | | | |
| 315. CINTAS | A | Dividend | K | T | | | | | |
| 316. CUNO INC - COMMON (X) | | None | J | T | Buy | 09/10 | J | | |
| 317. GENERAL ELECTRIC | B | Dividend | L | T | | | | | |
| 318. MATTEL INC - COMMON | A | Dividend | J | T | | | | | |
| 319. MICROSOFT CORP - COMMON | A | Dividend | J | T | | | | | |
| 320. MOLEX INC CL A | A | Dividend | K | T | | | | | |
| 321. PEPSICO INC - COMMON | A | Dividend | L | T | | | | | |
| 322. SHERWIN WILLIAMS | A | Dividend | K | T | | | | | |
| 323. WALT DISNEY CO - COMMON | A | Dividend | J | T | | | | | |
| 324. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 325. WILLIAM BLAIR READY RESERVES | A | Dividend | K | T | | | | | |
| 326. WILLIAM BLAIR GROWTH FUND | | None | K | T | | | | | |
| 327. ABBOTT LABS | B-- | Dividend | K | T | Partial Sale | 03/24 | K | E | |
| 328. ABBOTT LABS | | None | | | Partial Sale | 06/05 | J | D | |
| 329. ABBOTT LABS | | None | | | Partial Sale | 09/08 | K | E | |
| 330. ALBERTO CULVER CL B | A | Dividend | K | T | | | | | |
| 331. ALEXANDRIA REALTY | B | Dividend | K | T | | | | | |
| 332. APACHE CORP (X) | A | Dividend | L | T | Buy | 06/05 | K | | |
| 333. APACHE CORP (X) | | None | | | Buy | 09/08 | K | | |
| 334. AON CORP | A | Dividend | | | Sold | 03/24 | K | B | |
| 335. BANK ONE CORP (X) | B | Interest | L | T | Buy | 04/09 | L | | |
| 336. BANK ONE CORP - ACCRUED INTEREST (X) | B | Interest | | | | | | | |
| 337. CAREMARK RX INC | | None | L | T | | | | | |
| 338. CATS SERIES Y | B | Interest | M | T | | | | | |
| 339. CHEVRONTEXACO CORP | B | Dividend | L | T | Buy | 03/24 | K | | |
| 340. CINTAS | A | Dividend | K | T | | | | | |
| 341. COLONIAL CAPITAL TRUST (X) | B | Interest | K | T | Buy | 03/24 | K | | |
| 342. CVS CORP | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3 Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 343. WALT DISNEY | A | Dividend | K | T | | | | | |
| 344. ELBERFELD-J H CASTLE | C | Interest | L | T | | | | | |
| 345. FEDERAL HOME LOAN BANK | B | Interest | L | T | | | | | |
| 346. FEDERAL NATL MTG ASSN | C | Interest | L | T | | | | | |
| 347. FEDERAL NATL MTG ASSN - ACCRUED INTEREST | B | Interest | | | | | | | |
| 348. FIRST DATA CORP | A | Dividend | L | T | Buy | 06/05 | K | | |
| 349. FIRST DATA CORP | | None | | | Buy | 09/08 | K | | |
| 350. FPL GROUP INC (X) | A | Dividend | K | T | Buy | 06/05 | K | | |
| 351. IBM | A | Dividend | K | T | | | | | |
| 352. INTERPUBLIC GROUP COS | | None | J | T | | | | | |
| 353. IRON MOUNTAIN INC (X) | | None | K | T | Buy | 12/19 | K | | |
| 354. JOHNSON & JOHNSON | A | Dividend | K | T | | | | | |
| 355. KINDER MORGAN LLC (X) | | None | K | T | Buy | 03/21 | K | | |
| 356. KINDER MORGAN LLC (X) | | None | | | Partial Sale | 05/15 | J | A | |
| 357. KINDER MORGAN LLC (X) | | None | | | Partial Sale | 08/31 | J | A | |
| 358. KINDER MORGAN LLC (X) | | None | | | Sold | 12/10 | J | A | |
| 359. LINCARE HLDGS INC | | None | K | T | | | | | |
| 360. MARSH & MCLENNAN (X) | A | Dividend | | | Buy | 03/24 | K | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 361. MARSH & MCLENNAN (X) | | None | | -- | Buy | 06/05 | J | | |
| 362. MARSH & MCLENNAN (X) | | None | | | Partial Sale | 10/31 | J | | |
| 363. MARSH & MCLENNAN (X) | -- | None | | | Sold | 10/31 | K | | |
| 364. MEDCO HEALTH SOLUTIONS CO. (SPINOFF FROM MERCK) (2003) JRL | | None | | | Partial Sale | 08/20 | J | A | |
| 365. MEDCO HEALTH SOLUTIONS CO. (SPINOFF FROM MERCK) (2003) JRL | | None | | | Partial Sale | 08/21 | J | A | |
| 366. MEDCO HEALTH SOLUTIONS CO. (SPINOFF FROM MERCK) (2003) JRL | | None | | | Sold | 08/21 | J | A | |
| 367. MERCK & CO | A | Dividend | K | T | | | | | |
| 368. MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 369. TRUST INTEREST/FINAL | A | Interest | | | Closed | 2002 | | | |
| 370. PEPSICO | A | Dividend | L | T | Partial Sale | 06/05 | J | | Loss |
| 371. PEPSICO | | None | | | Partial Sale | 06/05 | J | D | |
| 372. QUEST DIAGNOSTICS INC | | None | K | T | | | | | |
| 373. SHERWIN WILLIAMS | A | Dividend | | | Sold | 03/24 | K | E | |
| 374. AFFILIATED COMP. SVCS. - COMMON | | None | K | T | | | | | |
| 375. C.H. ROBINSON | A | Dividend | K | T | | | | | |
| 376. CARDINAL HEALTH INC (X) | A | Dividend | | | Buy | 06/05 | K | | |
| 377. CARDINAL HEALTH INC (X) | | None | | | Sold | 11/25 | K | A | |
| 378. CONCORD EFS INC. - COMMON | | None | | | Partial Sale | 06/05 | K | B | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 379. CONCORD EFS INC. - COMMON | | None | | -- | Sold | 09/08 | J | A | |
| 380. COSTCO WHSL. CORP. - COMMON | | None | K | T | | | | | |
| 381. CUNO INC (X) | -- | None | K | T | Buy | 12/19 | K | | |
| 382. DEVRY INC | | None | K | T | | | | | |
| 383. GENERAL ELECTRIC CO | B | Dividend | L | T | | | | | |
| 384. INTEL CORP. - COMMON | | None | K | T | Buy | 12/19 | K | | |
| 385. MCKESSON INC. - COMMON | A | Dividend | K | T | | | | | |
| 386. NORTHERN TRUST CORP | A | Dividend | K | T | | | | | |
| 387. PNC FINANCIAL CORP (X) | B | Dividend | K | T | Buy | 03/24 | K | | |
| 388. STERICYCLE INC | | None | K | T | | | | | |
| 389. STERIS CORP (X) | | None | K | T | Buy | 07/25 | K | | |
| 390. REGIS CORP. MINN. - COMMON | A | Dividend | K | T | | | | | |
| 391. TYCO INTL LTD (X) | A | Dividend | K | T | Buy | 09/08 | K | | |
| 392. UNIVERSAL HLTH SVCS. - COMMON | | None | | | Sold | 02/24 | K | | |
| 393. WACHOVIA PFD SER A (X) | B | Interest | K | T | Buy | 03/24 | K | | |
| 394. WELLS FARGO & CO (X) | A | Dividend | K | T | Buy | 09/08 | K | | |
| 395. ZEBRA TECHNOLOGY | | None | K | T | | | | | |
| 396. ZIONS CAP TR - PREFERRED | C | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEVI, DAVID F | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 397. MONTEREY REGIONAL WASTE WTR REV BOND | A | Interest | | -- | Redemption | 06/01 | K | | |
| 398. ⬤RANCH PARTNERSHIP | | None | K | T | | | | | |
| 399. ⬤TRUST #4 | -- -- | | | | | | | | |
| 400. WISCONSIN REAL ESTATE | | | | | Sold | 11/29 | M | F | |
| 401. ⬤TRUST #5 | | | | | | | | | |
| 402. WISCONSIN REAL ESTATE | | | | | Sold | 11/29 | M | F | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

SALE OF "WISCONSIN REAL ESTATE" REPORTED IN SECTION VII, LINES 148, 234, 400, AND 402, IS AN INSTALLMENT SALE. THE ENTIRE GAIN WAS RECOGNIZED IN 2003 FOR THE PURPOSES OF THIS REPORT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____                                    Date____May 13, 2004____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544